Certificate Number: 06531-PAW-DE-031288998

Bankruptcy Case Number: 18-70275



06531-PAW-DE-031288998

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 8, 2018, at 3:16 o'clock PM CDT, Robert P Leary Sr completed a course on personal financial management given by telephone by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: July 8, 2018

By: /s/Evangelina Gunn

Name: Evangelina Gunn

Title: Counselor

Certificate Number: 06531-PAW-DE-031288999

Bankruptcy Case Number: 18-70275



06531-PAW-DE-031288999

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 8, 2018</u>, at <u>3:16</u> o'clock <u>PM CDT</u>, <u>Michelle M Leary</u> completed a course on personal financial management given <u>by telephone</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>July 8, 2018</u>

By:  <u>/s/Evangelina Gunn</u>

Name:  <u>Evangelina Gunn</u>

Title:  <u>Counselor</u>