**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Robert P. Leary Sr.** | Social Security number or ITIN  **xxx–xx–4597** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Michelle M. Leary** | Social Security number or ITIN  **xxx–xx–5906** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **18–70275–JAD**

# Order of Discharge                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert P. Leary Sr.                                                  Michelle M. Leary

7/25/18                                                              **By the court:**  <u>Jeffery A. Deller</u>
                                                                                        United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318              **Order of Discharge**              page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                           Case No. 18-70275-JAD
Robert P. Leary, Sr.                                             Chapter 7
Michelle M. Leary
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: admin              Page 1 of 2             Date Rcvd: Jul 25, 2018
                              Form ID: 318             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2018.
db/jdb       +Robert P. Leary, Sr.,    Michelle M. Leary,    225 W. Lloyd Street,    Ebensburg, PA 15931-1905
tr           +Lisa M. Swope,    Neugebauer & Swope, P.C.,    219 South Center Street,    P. O. Box 270,
               Ebensburg, PA 15931-0270
cr           +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
14809440     +Alltran Financial, LP,    PO Box 4043,    Concord, CA 94524-4043
14809442      Atlantic Credit and Finance, LLC,    PP Box 2001,    Warren, MI 48090-2001
14809446      DLP Conemaugh Memorial Med Ctr.,    ATTN: Patient Accounting,    PO Box 603396,
               Charlotte, NC 28260-3396
14809447     +Homady & Corcoran, LLC,    317 Union Street, Ste. 105,    Hollidaysburg, PA 16648-2097
14809448     +Honorable Michael J. Musulin,    Central Park Complex,    110 Franklin Street, Suite 10,
               Johnstown, PA 15901-1829
14809450     +National Enterprise Systems,    2479 Edison Blvd, Unit A,    Twinsburg, OH 44087-2476
14809451     +Northland Goup,    PO Box 390900,    Minneapolis, MN 55439-0990
14809452     +Ryan J. Leary,    225 West Lloyd Street,    Ebensburg, PA 15931-1905
14809453     +Ryan Leary,    225 W Lloyd Street,    Ebensburg, PA 15931-1905
14809454     +Sentry Credit Inc.,    Dept 988,    PO Box 4115,    Concord, CA 94524-4115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 26 2018 02:04:57      Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA   17128-0946
14809441      E-mail/Text: assignedrisk@ameriserv.com Jul 26 2018 02:05:23      Ameriserv Financial,
               216 Franklin St., Ste 608,    PO Box 520,    Johnstown, PA 15907-0520
14809443     +EDI: BANKAMER.COM Jul 26 2018 05:53:00      Bank of America,    PO Box 2284,
               Brea, CA 92822-2284
14809444      EDI: CAPITALONE.COM Jul 26 2018 05:53:00      Capital One Services, LLC,    PO Box 30285,
               Salt Lake City, UT 84130-0285
14809445     +E-mail/Text: abovay@creditmanagementcompany.com Jul 26 2018 02:05:22
               Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14809449     +EDI: MID8.COM Jul 26 2018 05:58:00      Midland Funding, LLC,    2365 Northside Drive #300,
               San Diego, CA 92108-2709
14809705     +EDI: PRA.COM Jul 26 2018 05:58:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
14809455      EDI: USBANKARS.COM Jul 26 2018 05:58:00      US Bank,    Cardmember Service,    PO Box 6333,
               Fargo, ND 58125-6333
14809456      EDI: WFFC.COM Jul 26 2018 05:58:00      Wells Fargo,    Educational Financial Services,
               PO Box 5156,    Sioux Falls, SD 57117-5156
14809457     +EDI: WFFC.COM Jul 26 2018 05:58:00      Wells Fargo Home Mortgage,    PO Box 10335,
               Des Moines, IA 50306-0335
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            BANK OF AMERICA, N.A.
aty*         +Lisa M. Swope,    Neugebauer & Swope, P.C.,    219 South Center Street,    P. O. Box 270,
               Ebensburg, PA 15931-0270
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                        TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                              Signature:   /s/Joseph Speetjens

```
District/off: 0315-7          User: admin               Page 2 of 2              Date Rcvd: Jul 25, 2018
                              Form ID: 318              Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,
               mmh@nsslawfirm.com;pa73@ecfcbis.com
              Lisa M. Swope    lms@nsslawfirm.com,   mmh@nsslawfirm.com;pa73@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Theresa C  Homady    on behalf of Debtor Robert P. Leary, Sr. thomady1@msn.com,
               homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
              Theresa C  Homady    on behalf of Joint Debtor Michelle M. Leary thomady1@msn.com,
               homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
                                                                                             TOTAL: 7
```