**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robert P. Leary Sr.**
**Michelle M. Leary**
   Debtor(s)

Bankruptcy Case No.: 18–70275–JAD

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Lisa M. Swope is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: August 22, 2018

                                              Jeffery A. Deller
                                              United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert P. Leary, Sr.  
Michelle M. Leary  
    Debtors

Case No. 18-70275-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-7        User: admin        Page 1 of 1        Date Rcvd: Aug 22, 2018  
                       Form ID: 129       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2018.  
db/jdb        +Robert P. Leary, Sr.,   Michelle M. Leary,   225 W. Lloyd Street,   Ebensburg, PA 15931-1905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2018 at the address(es) listed below:

      James Warmbrodt   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
      Lisa M. Swope   on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,  
   mmh@nsslawfirm.com;pa73@ecfcbis.com  
      Lisa M. Swope   lms@nsslawfirm.com, mmh@nsslawfirm.com;pa73@ecfcbis.com  
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
      S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
   srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
      Theresa C Homady   on behalf of Debtor Robert P. Leary, Sr. thomady1@msn.com,  
   homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com  
      Theresa C Homady   on behalf of Joint Debtor Michelle M. Leary thomady1@msn.com,  
   homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com  
                                                TOTAL: 7